UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ARTURO ESTEVEZ, Individually, and On Behalf of All Others Similarly Situated,

       Plaintiff,

vs.

ROOSTER TEETH PRODUCTIONS, LLC,

       Defendant.

------------------------------------x

Case No.: 1:21-cv-09007-RA

**NOTICE OF VOLUNTARY DISMISSAL**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Arturo Estevez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Rooster Teeth Productions, LLC

DATED:  May 11, 2022

**MIZRAHI KROUB LLP**

SO ORDERED.

_/s/ Jarrett S. Charo_
JARRETT S. CHARO

Hon. Ronnie Abrams
May 12, 2022

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*